UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| | : | |
| v. | : | Crim. No. 06-996 (SDW) |
| | : | |
| STEVEN MEITERMAN | : | **CONSENT ORDER** |
| | : | **AMENDING JUDGMENT** |
| | : | **OF CONVICTION** |
| | : | |

      **THIS MATTER**, having been jointly opened to the Court by Lowenstein Sandler PC, attorneys for Defendant Steven Meiterman, and Assistant United States Attorney Judith H. Germano, on behalf of Ralph J. Marra, Acting United States Attorney for the District of New Jersey, attorneys for the United States of America, for an amendment of the Judgment of Conviction entered by the Honorable. Susan D. Wigenton, United States District Judge for the District of New Jersey on March 31, 2009 (the "March 31, 2009 Judgment of Conviction")

      **AND IT APPEARING**, that, pursuant to the Plea Agreement dated September 19, 2007 between Defendant Steven Meiterman and the United States of America, Counts 13 and 14 of the Superseding Indictment were to have been dismissed, in addition to Counts 1 through 9. 11, and 12, which are dismissed in the current version of the March 31, 2009 Judgment of Conviction;

      AND for good cause shown,

      It is on this _15th_ day of _May_ 2009,

      **ORDERED** that the March 31, 2009 Judgment of Conviction be amended to dismiss Counts 1 through 9 and 11 through 14 of the Superseding Indictment.

_____
HON. SUSAN D. WIGENTON, U.S.D.J.

We consent to the content, form, and entry of this Order:

**LOWENSTEIN SANDLER PC**
Attorneys At Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500

**RALPH J. MARRA**
**Acting United States Attorney**
for the District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
973.645.2885

---

Michael B. Himmel
*Attorneys for Defendant Steven Meiterman*

Judith H. Germano, Assistant United States
Attorney
*Attorneys for United States of America*

2