```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA          :

      Plaintiff,                        Criminal No. 06-996-01

  v.                              :

STEVEN MEITERMAN                              **O R D E R**

      Defendant.          :


This matter having come before the Court by way of a letter by Defendant requesting permission to travel for business purposes and for early termination of supervised release;

It is on this **16th** day of **February, 2012** hereby ORDERED that Defendant Steven Meiterman be permitted to travel outside of the State of New Jersey for business purposes as directed by the U.S. Probation Office;

It is further ORDERED that the request for early termination of supervised release is denied.


                                        s/Susan D. Wigenton
                                        SUSAN D. WIGENTON
                                        United States District Judge